AO91 (Rev. 12/03)  Criminal Complaint                                                                                          AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                    **CRIMINAL COMPLAINT**
                  vs.

Clemente OROPEZA-Perez                            Case Number: 1:16-po-1414
A200 220 188  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   July 28, 2016   in   Cameron   County, in the   Southern District Of Texas   defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title   8   United States Code, Section(s)   1325(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on July 28, 2016. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on July 28, 2016 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Ibarra, Flor  Border Patrol Agent
Signature of Complainant

Ibarra, Flor    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 29, 2016                                                         at    Brownsville, Texas
Date                                                                         City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge                Title of Judge                           Signature of Judge