# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 29, 2016
David J. Bradley, Clerk

UNITED STATES OF AMERICA

        Plaintiff

v.                    Case No.: 1:16–po–01414
                    Magistrate Judge Ignacio Torteya III

Clemente Oropeza–Perez

        Defendant

---

## JUDGMENT

On **7/29/16**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to time served.

A $10.00 special assessment is imposed.

DONE at Brownsville, Texas, on **7/29/16**.

_____
Ignacio Torteya, III
United States Magistrate Judge